```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
        -v-                                                      :
                                                                 :        S1 20 Cr. 681 (JPC)
JENYA KREMEN,                                                    :
                                                                 :            ORDER
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

  The Court will hold a change of plea hearing on September 5, 2023 at 3:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007.

  SO ORDERED.

Dated: August 18, 2023
   New York, New York

                            JOHN P. CRONAN
                          United States District Judge