# Protass Law PLLC

260 Madison Avenue
22nd Floor
New York, NY 10016

T: 212-455-0335
F: 646-607-0760
hprotass@protasslaw.com

October 1, 2024

VIA CM/ECF

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Jenya Kremen, Case No. 20-CR-681 (JPC)

Dear Judge Cronan:

On September 17, 2024 Jenya Kremen self-surrendered to FCI Danbury to begin service of her eight month term of imprisonment. Earlier today Taelor Nisbeth of U.S. Pretrial Services contacted me concerning the return Ms. Kremen's passport, advising me that she would return Ms. Kremen's passport to me (so that I could return it to Ms. Kremen's family) if this Court enters an Order authorizing Ms. Nisbeth to do so. Accordingly, I write to respectfully request that this Court enter an Order authorizing Taelor Nisbeth of U.S. Pretrial Services to return Ms. Kremen's passport to me so that I can return it to Ms. Kremen's family.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

*Harlan Protass*

cc:   All Parties of Record (via CM/ECF)

The request is granted.  Pretrial Services may return Ms. Kremen's passport in light of her voluntary surrender.

SO ORDERED.
Date: October 2, 2024
New York, New York

*John P. Cronan*
JOHN P. CRONAN
United States District Judge